## JACKSON, *ex dem.* CARR, *against* GREEN.

Where a lease was assigned, and a bond executed at the same time, which stated that the assignment was made to secure a debt due to the assignee, and an agreement to re-assign the lease and premises, on payment of the money with interest, it was held to be a mortgage, and that the mortgagor was entitled to a notice to quit, before bringing an action of ejectment against him.

THIS was an action of ejectment for land, in the town of *Berlin,* in the county of *Rensselaer.* The cause was tried before Mr. Justice *Yates,* at the *Rensselaer* circuit, in *October* last.

The plaintiff produced and proved a lease of the premises from *Stephen Van Rensselaer* to *Josiah Godfrey,* dated the 29th *December,* 1790, for the term of sixty years. An assignment was indorsed on the lease from *Godfrey* to *Increase Green,* dated the 6th *April,* 1805: Another assignment was also indorsed, of the same date, from *Increase Green,* to the defendant; and an assignment, dated the 8th *April,* 1805, from the defendant, of the lease, and all his interest in the premises, to *Carr,* the lessor. The defendant was proved to be in possession of the premises.

A bond from the lessor of the plaintiff to the defendant, was proved and read in evidence, dated the 8th *April*, 1805, to which there was a condition, reciting the assignment of the lease from the defendant to the lessor, for securing the payment of 500 dollars, one-half on the 1st day of *February* following, and the other half on the 1st *February*, 1807, with interest, and that if the defendant should pay the money at the times specified, and the lessor should lawfully transfer the lease and premises back to the defendant, then the bond was to be void, &c. It was contended, that the assignment and bond was a conveyance, in the nature of a mortgage, and that the defendant was entitled to six months notice to quit, before bringing the action, and the defendant moved for a nonsuit. But, by direction of the judge, a verdict was taken for the plaintiff, subject to the opinion of the court, on the question whether the defendant was entitled to a notice to quit.

ALBANY, February, 1809.

Jackson v. Green.

*Van Vechten*, for the plaintiff.

*Foot* contra.

*Per Curiam.* The assignment is, of itself, absolute, in form ; but from the bond which accompanies it, it appears to have been made, by way of mortgage, and can have no greater, or other effect than a mortgage. It is, therefore, within the case of *Jackson*, ex dem. *Benton*, v. *Laughead*, and the defendant is entitled to a notice to quit. The verdict must be set aside, and a nonsuit entered.

Judgment of nonsuit.